1  JORDAN ETH (CA SBN 121617)
   Email: JEth@mofo.com
2  ANNA ERICKSON WHITE (CA SBN 161385)
   Email: AWhite@mofo.com
3  PHILIP T. BESIROF (CA SBN 185053)
   Email: PBesirof@mofo.com
4  MARK R.S. FOSTER (CA SBN 223682)
   Email: MFoster@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendants
   MARK PINCUS, CADIR LEE, REID HOFFMAN, OWEN VAN
9  NATTA, DAVID M. WEHNER, MARK VRANESH, JOHN
   SCHAPPERT, REGINALD D. DAVIS, WILLIAM GORDON,
10 JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL
11 PAUL, and JEFF KARP, and Nominal Defendant, ZYNGA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ALBIN, Derivatively on Behalf of ZYNGA INC., <br><br> Plaintiff, <br><br> -against- <br><br> MARK PINCUS, CADIR LEE, REID HOFFMAN, OWEN VAN NATTA, DAVID M. WEHNER, MARK VRANESH, JOHN SCHAPPERT, REGINALD D. DAVIS, WILLIAM GORDON, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and JEFF KARP, <br><br> Defendants. <br><br> -and- <br><br> ZYNGA INC., a Delaware Corporation, <br> Nominal Defendant. | Case No. 12-cv-4330-MMC <br><br><br><br> **STIPULATION AND [PROPOSED] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE** <br><br><br><br> Judge: Hon. Maxine M. Chesney <br> Case File: Aug. 16, 2012 <br> Trial Date: None Set |

# RECITALS

A. On August 16, 2012, plaintiff Marc Albin ("Plaintiff") commenced this action. Plaintiff seeks to bring a shareholder derivative action on behalf of Zynga Inc. against defendants Mark Pincus, Cadir Lee, Reid Hoffman, Owen Van Natta, David M. Wehner, Mark Vranesh, John Schappert, Reginald D. Davis, William Gordon, Jeffrey Katzenberg, Stanley J. Meresman, Sunil Paul, Jeff Karp, and nominal defendant Zynga Inc. (collectively, the "Defendants"), for violations of applicable state laws, breaches of fiduciary duties, waste of corporate assets, and unjust enrichment.

B. On October 22, 2012, Plaintiff filed a Motion to Consolidate Related Class Actions and Appoint Lead Counsel (Dkt. No. 5) (the "Consolidation Motion") to consolidate the following related actions (the "Related Actions"):

1. *IRA for the Benefit of Karl Graulich v. Pincus, et al.*, 12-cv-04327-JSW (filed Aug. 16, 2012);

2. *Marc Albin v. Pincus, et al.*, 12-cv-04330-MMC (filed Aug. 16, 2012);

3. *Stacey Barron v. Pincus, et al.*, 12-cv-04547-DMR (filed Aug. 30, 2012); and

4. *Jeanna Weber v. Pincus, et al.*, 12-cv-04684-WHA (filed Sept. 7, 2012);

C. On November 5, 2012, the parties filed a Joint Administrative Motion to Relate Shareholder Derivative Actions to Class Actions in the matter captioned *In re Zynga Inc. Sec. Litig.*, Lead Case No. 12-cv-04007-JSW (Dkt. No. 94) (the "Administrative Motion"). The Administrative Motion, if granted, would result in the reassignment of the Related Actions, including this action, to Judge Jeffrey White for all purposes.

D. Counsel for the parties have met and conferred regarding scheduling of a case management conference ("CMC"). To conserve party and judicial resources, the parties agree that it would be prudent and beneficial to defer the CMC until after the Court's ruling on the Consolidation Motion.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective counsel herein, and subject to Court approval, as

follows:

1. The CMC currently scheduled for November 16, 2012 shall be vacated pending the Court's ruling on the Consolidation Motion.

2. Counsel for the parties shall meet and confer within fourteen days of the Court's ruling on the Consolidation Motion to propose a new CMC date.

**IT IS SO STIPULATED.**

Dated: November 6, 2012

MORRISON & FOERSTER LLP

By: /s/ MARK R.S. FOSTER
     MARK R.S. FOSTER

Attorneys for Defendants
ZYNGA INC., MARK PINCUS, CADIR LEE, REID HOFFMAN, OWEN VAN NATTA, DAVID M. WEHNER, MARK VRANESH, JOHN SCHAPPERT, REGINALD D. DAVIS, WILLIAM GORDON, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNIL PAUL, and JEFF KARP


ROBBINS UMEDA LLP


By: /s/ SHANE P. SANDERS
     SHANE P. SANDERS
     Attorneys for Plaintiff Marc Albin

**[PROPOSED] ORDER**

~~Pursuant to stipulation, it is SO ORDERED~~.

The Case Management Conference currently set for November 16, 2012 is hereby CONTINUED to January 18, 2013.

By: _____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

Dated: _____November 7,_____ 2012

**ECF ATTESTATION**

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this: **STIPULATION AND [PROPOSED] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Shane Sanders has concurred in this filing.

Dated: November 6, 2012              MORRISON & FOERSTER LLP


                                     By:  /s/ MARK R.S. FOSTER

STIPULATION AND [PROPOSED] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE
Case No.  12-cv-4330-MMC
sf-3214398